JENNIFER CANGRO, Appellant, v GINA MARIE REITANO, Respondent.

Submitted August 1, 2016; decided September 20, 2016

Motion for reconsideration of this Court's November 18, 2015 dismissal order denied [*see* 26 NY3d 1021 (2015)].